IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EDUARDO CANTU | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-00413 |
| | § | |
| TOYOTA MOTOR CORPORATION and | § | |
| TOYOTA MOTOR SALES, U.S.A., INC. | § | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) Federal Rules of Civil Procedure, Plaintiff, Eduardo Cantu, volutarily dismisses the above-captioned action without prejudice.

Respectfully submitted,

**THE AMMONS LAW FIRM, L.L.P.**

_____
Robert E. Ammons
Texas Bar No. 01159820
Federal I.D. No. 11742
3700 Montrose Blvd.
Houston, Texas 77006
Telephone: (713) 523-1606
Facsimile: (713) 523-4159
ATTORNEYS FOR PLAINTIFFS